Sterling A. Brennan (Utah State Bar No. 10060; Email: sbrennan@mabr.com)
MASCHOFF BRENNAN LAYCOCK
    GILMORE ISRAELSEN & WRIGHT PLLC
201 South Main Street, Suite 600      &      20 Pacifica, Suite 1130
Salt Lake City, Utah                                   84111 Irvine, California 92618
Telephone: (435) 252-1360                    Telephone: (949) 202-1900
Facsimile: (435) 252-1361                      Facsimile: (949) 453-1104

Attorneys for Defendant TARGET CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| NELLIE CHRISTENSEN, STEPHANIE WRIGHT, JENNIFER CHRISTENSEN, ZACHARY CHRISTENSEN,<br><br>        Plaintiffs,<br><br>   v.<br><br>TARGET CORPORATION, a Minnesota Corporation, and JOHN or JANE DOES 1-10,<br><br>        Defendants. | Civil Action No. 2:13-cv-01136-CW-DBP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION'S MOTION TO (A) STAY PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION OR, IN THE ALTERNATIVE, (B) FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

WHEREAS, defendant Target Corporation ("Target") having filed in the above-captioned action (the "Action") its "[]Motion To (A) Stay Proceedings Pending Transfer Decision By Judicial Panel On Multidistrict Litigation Or, In The Alternative, (B) For Enlargement Of Time To Respond To Plaintiffs' Complaint" (Document No. 8; the "Motion to Stay"); and

WHEREAS, the Court having considered the papers submitted in connection with the Motion to Stay and the arguments of the parties, and GOOD CAUSE appearing,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      The Motion to Stay is GRANTED;

2.      The Action is STAYED pending the decision of the Judicial Panel on Multidistrict Litigation ("JPML") in *In re Target Corp. Customer Data Security Breach Litig.*, MDL No. 2522 to transfer the Action and others;

3.      All deadlines in the Action, including Target's obligation to respond to plaintiffs' Complaint, are VACATED until further order of the Court; and

4.      The parties shall notify the Court of the JPML's decision within 10 days of the decision, unless the Court is otherwise notified beforehand.

Dated: _____

_____
Hon. Clark Waddoups
United States District Judge